| PROB 22 | ORIGINAL FILED JUN - 4 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA E-filing | DOCKET NUMBER (Tran. Court) 0972 2:03CR00071-03 |
|---|---|---|
| | TRANSFER OF JURISDICTION | DOCKET NUMBER (Rec. Court) CR 07 0354 CRB |
| **NAME AND ADDRESS OF SUPERVISED RELEASEE** Michael Wayne Dellacort Redding, California (City/State) | **DISTRICT** Eastern District of California  FILED JUN 29 2007 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY _____ DEPUTY CLERK | **DIVISION** Northern |
| | | **NAME OF SENTENCING JUDGE** Honorable Frank C. Damrell, Jr. |
| | **DATES OF SUPERVISED RELEASE:** | **FROM** 05/07/2007 | **TO** 05/06/2008 |
| **OFFENSE** 21 USC 843(b) - Illegal Use of a Communication Facility | | |

FILED JUL 11 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**PART 1 - ORDER TRANSFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Northern District of California</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

5/18/07
Date                                                                  United States District Judge

**RESTITUTION:** If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

IT IS HEREBY ORDERED that jurisdiction over the above-named supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/1/07
Effective Date                                                       United States District Judge

CC:  United States Attorney
     FLU Unit-United States Attorney
     Fiscal Clerk-Clerk's Office

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U.S. District Court
Eastern District of California
By _____ Deputy Clerk
Dated 7/10/07

Rev. 11/2006
TRANSFER OF JURIS (PROB22).MRG

AO 245B-CAED (Rev. 9/01) Sheet 1 - Judgment in a Criminal Case

# United States District Court
## Eastern District of California

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: **VICTORIA C. MINOR**
Clerk, U.S. District Court
Eastern District of California
By _____ Deputy Clerk
Dated _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**MICHAEL WAYNE DELLACORT**<br>**AKA WAYNE MICHAEL DELLACORT** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **2:03CR00071-03**<br><br>Kevin R. Hyatt, 3632 Azell Road, Carmichael, CA 95608<br>Defendant's Attorney |

FILED
MAR 15 2004
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**THE DEFENDANT:**

[✔] pleaded guilty to the Information.
[ ] pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. 843(b) | Illegal Use of a Communication Facility | 10/17/2002 | 1 |

The defendant is sentenced as provided in pages 2 through _6_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[ ] Count(s) ___ (is)(are) dismissed on the motion of the United States.

[✔] Indictment is dismissed by District Court on motion of the United States.

[✔] Appeal rights given.        [✔] Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec.

Defendant's Date of Bir

Defendant's USM No.:
Defendant's Residence

03/08/2004
Date of Imposition of Judgment

_[signature]_
Signature of Judicial Officer

**FRANK C. DAMRELL, JR.**
United States District Judge
Name & Title of Judicial Officer

March 15, 2004
Date

I hereby certify that the instrument is a true and correct copy of the original on file in my office.
ATTEST: JACK L. WAGNER
Clerk, U.S. District Court
Eastern District of California
By _____
Dated 3/15/04

AO 245B-CAED (Rev. 9/01) Sheet 2 - Imprisonment

CASE NUMBER:     2:03CR00071-03                                       Judgment - Page 2 of 6
DEFENDANT:       MICHAEL WAYNE DELLACORT
AKA WAYNE MICHAEL DELLACORT

## IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 48 months .

[✔]    The court makes the following recommendations to the Bureau of Prisons:
    The Court recommends that the defendant be incarcerated in a California facility, but only insofar as this accords with security classification and space availability. The Court recommends the defendant participate in the 500-Hour Bureau of Prisons Substance Abuse Treatment Program and Boot Camp when eligible.

[ ]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[✔]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [✔] before 2:00 p.m.  on 4/8/2004 .
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.
    If no such institution has been designated, to the United States Marshal for this district.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

    Defendant delivered on_____ to _____
at _____ , with a certified copy of this judgment.

                                                  UNITED STATES MARSHAL

                                      By  _____
                                                     Deputy U.S. Marshal

AO 245B-CAED (Rev. 9/01) Sheet 3 - Supervised Release

CASE NUMBER: 2:03CR00071-03
DEFENDANT: MICHAEL WAYNE DELLACORT
AKA WAYNE MICHAEL DELLACORT

Judgment - Page 3 of 6

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of 12 months.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

[✔]   The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

[ ]   The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)

[✔]   The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check if applicable).

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated below).

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere, and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B-CAED (Rev. 9/01) Sheet 3 - Supervised Release

CASE NUMBER:     2:03CR00071-03                                     Judgment - Page 4 of 6
DEFENDANT:       MICHAEL WAYNE DELLACORT
AKA WAYNE MICHAEL DELLACORT

# SPECIAL CONDITIONS OF SUPERVISION

1. The defendant shall submit to the search of his person, property, home, and vehicle by a United States Probation Officer, or any other authorized person under the immediate and personal supervision of the probation officer, based upon reasonable suspicion, without a search warrant. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

2. As directed by the probation officer, the defendant shall participate in a correctional treatment program (inpatient or outpatient) to obtain assistance for drug or alcohol abuse.

3. As directed by the probation officer, the defendant shall participate in a program of testing (i.e. breath, urine, sweat patch, etc.) to determine if he has reverted to the use of drugs or alcohol.

4. As directed by the probation officer, the defendant shall participate in a program of mental health treatment (inpatient or outpatient).

5. As directed by the probation officer, the defendant shall participate in a co-payment plan for treatment or testing and shall make payment directly to the vendor under contract with the United States Probation Office of $5 per month.

6. The defendant shall register, as required in the jurisdiction in which he resides, as a drug offender.

AO 245S-CAED (Rev. 9/01) Sheet 5, Part B - Criminal Monetary Penalties

CASE NUMBER:        2:03CR00071-03                                                               Judgment - Page 5 of 6
DEFENDANT:          MICHAEL WAYNE DELLACORT
AKA WAYNE MICHAEL DELLACORT

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the Schedule of Payments set forth on Sheet 5, Part B.

|        | Assessment | Fine | Restitution |
|--------|------------|------|-------------|
| Totals: | $ 100.00  | $    | $           |

[ ]  If applicable, restitution amount ordered pursuant to plea agreement .......... $____

# FINE

The above fine includes costs of incarceration and/or supervision in the amount of $ _.

The defendant shall pay interest on any fine of more than $2500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g).

[ ]  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   [ ]  The interest requirement is waived.

   [ ]  The interest requirement is modified as follows:

# RESTITUTION

[ ]  The determination of restitution is deferred in a case brought under Chapters 109A, 100, 110A and 113A of Title 18 for offenses committed on or after 09/13/1994, until up to 60 days. An amended Judgment in a Criminal Case will be entered after such determination.

[ ]  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   [ ]  The interest requirement is waived.

   [ ]  The interest requirement is modified as follows:

[ ]  The defendant shall make restitution to the following payees through the U.S. District Court, in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order of percentage payment column below.

| Name of Payee | **Total Amount of Loss | Amount of Restitution Ordered | Priority Order or % of Pymnt |
|---------------|------------------------|-------------------------------|------------------------------|
|               | TOTALS:                | $ ___                         | $ ___                        |

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994.

AO 245S-CAED (Rev. 9/01) Sheet 5, Part B - Criminal Monetary Penalties

CASE NUMBER:      2:03CR00071-03                                                    Judgment - Page 6 of 6
DEFENDANT:        MICHAEL WAYNE DELLACORT
AKA WAYNE MICHAEL DELLACORT

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A   [✔]   immediately; or

B   [ ]   $ _ immediately, balance due (in accordance with C, D, or E); or

C   [ ]   not later than _ ; or

D   [ ]   in installments to commence _ day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E   [ ]   in _ (e.g. equal, weekly, monthly, quarterly) installments of $ _ over a period of _ year(s) to commence _ day(s) after the date of this judgment.

Special instructions regarding the payment of criminal monetary penalties:


[ ]   The defendant shall pay the cost of prosecution.

# FORFEITURE

[ ]   The defendant shall forfeit the defendant's interest in the following property to the United States:

1  McGREGOR W. SCOTT
   United States Attorney
2  KYMBERLY A. SMITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2771

**FILED**

DEC 15 2003

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. |
| | Related to: CR.S.-03-00071FCD |
| Plaintiff, | |
| | VIOLATIONS: 21 U.S.C. |
| v. | § 843(b) Illegal Use of |
| | Communication Facility |
| WAYNE MICHAEL DELLACORT, | |
| Defendant. | |



I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST: VICTORIA C. MINOR
Clerk, U.S. District Court
Eastern District of California
By_____ Deputy Clerk
Dated

I N F O R M A T I O N

COUNT ONE:    [21 U.S.C. § 843(b) - Illegal Use Communication Facility]

The United States Attorney charges:  T H A T

WAYNE MICHAEL DELLACORT,

defendant herein, in or about July 2002 and continuing through on or about October 17, 2002, in Shasta County, within the State and the Eastern District of California, and elsewhere, did knowingly and intentionally use a communication facility, to wit: a telephone; in committing and in causing an facilitating the

1

44

1  commission of a violation of Title 21, United States Code,
2  Sections 846, and 841(a)(1), conspiring with at least one other
3  person namely, EDDIE JOE RUSSELL (a/k/a "Eddie Regal", a/k/a
4  "Dad"), to possess with the intent to distribute and to distribute
5  at least 500 grams of a mixture and substance containing a
6  detectable amount of methamphetamine, a Schedule II controlled
7  substance.
8      All in violation of Title 21, United States Code, Section
9  843(b).

McGREGOR W. SCOTT
United States Attorney

By: /s/
KYMBERLY A. SMITH
Assistant United States Attorney

Dated: 12/15/03

2

**U.S. District Court**
**Eastern District of California - Live System (Sacramento)**
**CRIMINAL DOCKET FOR CASE #: 2:03-cr-00071-FCD-3**
**Internal Use Only**

Case title: USA v. Russell, et al

Date Filed: 02/13/2003
Date Terminated: 03/08/2004

Assigned to: Judge Frank C. Damrell, Jr

### Defendant

**Wayne Michael Dellacourt** (3)
*TERMINATED: 03/08/2004*
also known as
Gameboy

represented by **Kevin R Hyatt**
Chase Law Group
4181 SUNSWPET DR.
STUDIO CITY, CA 91604
800-200-0005
Email: KKEVSTER@MSN.COM
*TERMINATED: 03/08/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**Michael Bradley Bigelow**
Law Office of Michael B. Bigelow
428 J Street, Suite 350
Sacramento, CA 95814
(916) 443-0217
Fax: (916) 447-2988
Email: mbigelow6401@sbcglobal.net
*TERMINATED: 03/08/2004*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

### Pending Counts

None

### Disposition

### Highest Offense Level (Opening)

None

### Terminated Counts

21:846=CD.F CONSPIRACY TO POSSESS WITH THE
INTENT TO DISTRIBUTE AND TO DISTRIBUTE
METHAMPHETAMINE
(1)

21:843B=ND.F ILLEGAL USE OF COMMUNICATIONS
FACILITY
(1s)

21:841B=CP.F POSSESSION WITH INTENT TO
DISTRIBUTE METHAMPHETAMINE
(2)

### Disposition

DISMISSED

Imprisonment of 48 mos; 12 mos TSR; $100 S/A due
immediately; fine waived; special conditions (see J and C);
recommendation for 500 hr drug program, boot camp and CA
facility

DISMISSED

### Highest Offense Level (Terminated)

Felony

### Complaints

None

### Disposition

I hereby certify that the annexed
instrument is a true and correct copy of
the original on file in my office.
ATTEST: VICTORIA C. MINOR
Clerk, U.S. District Court
Eastern District of California
By_____ Deputy Clerk
Dated

### Plaintiff

represented by Kymberly Ann Smith
U.S. Department of Justice
501 I Street, 10th Floor
Sacramento, CA 95814
(916) 554-2771
Fax: (916) 554-2900
Email: kymberly.smith@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/13/2003 | 1 | INDICTMENT by US Attorney Kymberly Smith Counts filed against Eddie Joe Russell (1) count(s) 1, 2, Tish Marie Billings (2) count(s) 1, Michael Wayne Dellacort (3) count(s) 1, 2 (ds) (Entered: 02/14/2003) |
| 02/13/2003 | | ARREST Warrant issued for Michael Wayne Dellacort by Magistrate Judge Peter A. Nowinski; no bail (ds) (Entered: 02/14/2003) |
| 03/06/2003 | 10 | MINUTES before Magistrate Judge Gregory G. Hollows re arraignment dft Michael Wayne Dellacort arraigned; NOT GUILTY plea entered; Attorney Michael Bradley Bigelow appointed ; jury trial requested; trial confirmation hearing SET for 9:30 4/14/03 and jury trial SET for 1:30 5/5/03 for Michael Wayne Dellacort; status hearing SET for 9:30 3/24/03 for Michael Wayne Dellacort ; court released dft on an unsecured bond amount of $100,000 to be secured w/in 2 weeks of 3/6/03; dft also released on pretrial conditions as stated on the record; ECRO Dona Euler (mdk) Modified on 03/07/2003 (Entered: 03/07/2003) |
| 03/06/2003 | 11 | BOND (APPEARANCE) by Michael Wayne Dellacort (mdk) (Entered: 03/07/2003) |
| 03/06/2003 | 12 | ORDER FOR RELEASE OF PERSON IN CUSTODY by Magistrate Judge Gregory G. Hollows for Michael Wayne Dellacort (mdk) (Entered: 03/07/2003) |
| 03/06/2003 | 13 | NOTICE TO DEFENDANT being released as to defendant Michael Wayne Dellacort (mdk) (Entered: 03/07/2003) |
| 03/06/2003 | 14 | PROPOSED SPECIAL CONDITIONS OF RELEASE as to defendant Michael Wayne Dellacort (mdk) (Entered: 03/07/2003) |
| 03/07/2003 | 15 | ARREST Warrant returned executed as to defendant Michael Wayne Dellacort defendant arrested on 3/4/03 (ds) (Entered: 03/10/2003) |
| 03/20/2003 | 16 | CJA Form 23 (Financial Affidavit) as to Michael Wayne Dellacort (ds) (Entered: 03/21/2003) |
| 03/20/2003 | 17 | CJA Form 20 (Attorney Payment Voucher) by Attorney Michael B Bigelow for Michael Wayne Dellacort (ds) (Entered: 03/21/2003) |
| 03/21/2003 | 18 | STIPULATION AND ORDER by Judge Frank C. Damrell Jr trial conf and jury trial VACATED on 3/21/03 as to defendants; status hearing CONTINUED TO 9:30 4/22/03 for Eddie Joe Russell, for Tish Marie Billings, for Michael Wayne Dellacort , T4 started for Eddie Joe Russell, Tish Marie Billings, Michael Wayne Dellacort start date: 3/20/03 end date: 4/22/03 (cc: all counsel) - (ds) (Entered: 03/21/2003) |
| 05/01/2003 | 22 | MINUTE ORDER by CRD informing the parties that due to scheduling conflicts with the court's calendar The Status hearing set for 5/27/03 is RESET for 9:30 5/28/03 for Tish Marie Billings C/R (lm) (Entered: 05/02/2003) |
| 05/14/2003 | | LODGED stipulation and order rescheduling status conference (ds) (Entered: 05/15/2003) |
| 05/14/2003 | 23 | WAIVER of personal appearance by defendant Michael Wayne Dellacort (ds) (Entered: 05/15/2003) |
| 05/20/2003 | 24 | STIPULATION AND ORDER by Judge Frank C. Damrell Jr GRANTING request to reschedule status conference; status conference RE-SET for 9:30 5/28/03 for Michael Wayne Dellacort ; T4 started for Michael Wayne Dellacort date: 5/14/03 end date: 5/28/03 (cc: all counsel) - (crf) (Entered: 05/20/2003) |
| 05/28/2003 | 25 | SEALED document (ds) (Entered: 05/28/2003) |
| 05/28/2003 | 26 | MINUTES before Judge Frank C. Damrell Jr RE: status conference further status hearing set for 9:30 6/30/03 for Tish Marie Billings, for Michael Wayne Dellacort , T4 started for Tish Marie Billings, Michael Wayne Dellacort start date: 5/28/03 end date: 6/30/03 ; pre-plea referral for dft Billings; C/R Keli Rutherdale (ds) (Entered: 05/29/2003) |
| 06/06/2003 | 27 | RESPONSE by plaintiff USA to presentence investigative report (crf) (Entered: 06/09/2003) |
| 06/16/2003 | 33 | SEALED document (mdp) (Entered: 06/16/2003) |
| 06/26/2003 | | LODGED Stip and Order re status hrg by defendant Michael Wayne Dellacort (alg) (Entered: 06/27/2003) |
| 07/02/2003 | 34 | STIPULATION AND ORDER by Judge Frank C. Damrell Jr status hearing CONTINUED TO 9:30 7/21/03 for Michael Wayne Dellacort , jury trial set for 9:30 9/22/03 and trial confirmation hearing set for 9:30 8/25/03 for Michael Wayne Dellacort , T4 started for Michael Wayne Dellacort start date: 7/2/03 end date: 7/21/03 (cc: all counsel) - (ds) (Entered: 07/02/2003) |
| 07/21/2003 | 37 | MINUTES before Judge Frank C. Damrell Jr RE: status conference trial confirmation hearing set for 9:30 8/25/03 for |

| | | |
|---|---|---|
| | | Michael Wayne Dellacort jury trial set for 1:30 9/22/03 for Michael Wayne Dellacort; status hearing held on 7/21/03 as to defendant Michael Wayne Dellacort , T4 started for Michael Wayne Dellacort start date: 7/21/03 end date: 9/22/03 C/R Kimberly Watkins (ds) (Entered: 07/22/2003) |
| 8/25/2003 | 41 | MINUTES before Judge Frank C. Damrell Jr RE: status conference trial confirmation hearing set for 9:30 10/27/03; jury trial set for 1:30 11/18/03 for Michael Wayne Dellacort; status hearing held on 8/25/03 as to defendant Michael Wayne Dellacort , T4 started for Michael Wayne Dellacort start date: 8/25/03 end date: 11/18/03 C/R Kimberly Watkins (ds) (Entered: 08/26/2003) |
| 10/27/2003 | 42 | MINUTES before Judge Frank C. Damrell Jr RE: Status Conference jury trial VACATED as to defendant Michael Wayne Dellacort; further status hearing set for 9:30 for Michael Wayne Dellacort , T4 started for Michael Wayne Dellacort start date: 10/27/03 end date: 11/18/03 C/R Cathie Bodene (sk) (Entered: 10/28/2003) |
| 11/18/2003 | 43 | MINUTES before Judge Frank C. Damrell Jr RE: Status Conference further status hearing SET for 9:30 12/15/03 for Michael Wayne Dellacort ; T4 started for Michael Dellacort start date: 11/18/03 end date: 12/15/03 ; C/R Michelle Babbitt (crf) (Entered: 11/19/2003) |
| 12/15/2003 | 44 | SUPERSEDING Information as to Michael Wayne Dellacort (3) count(s) 1s (crf) (Entered: 12/17/2003) |
| 12/15/2003 | 45 | WAIVER of Indictment by defendant Michael Wayne Dellacort (crf) (Entered: 12/17/2003) |
| 12/15/2003 | 46 | PLEA Agreement as to Michael Wayne Dellacort (crf) (Entered: 12/17/2003) |
| 12/15/2003 | 47 | MINUTES before Judge Frank C. Damrell Jr dft Michael Wayne Dellacort arraigned; GUILTY plea entered to the Information; Attorney Kevin R Hyatt present ; dft States true name is Wayne Michael Dellacourt; Govt's motion to correct indictment to reflect dft correct name GRANTED; guilty plea entered by Michael Wayne Dellacort (3) count(s) 1s ; status hearing held on 12/15/03 as to defendant Michael Wayne Dellacort; sentencing hearing SET for 9:30 3/8/04 for Michael Wayne Dellacort ; C/R Michelle Babbitt (crf) (Entered: 12/17/2003) |
| 12/15/2003 | 48 | SCHEDULE FOR DISCLOSURE OF PSR as to defendant Michael Wayne Dellacort (crf) (Entered: 12/17/2003) |
| 02/05/2004 | 49 | STATEMENT by plaintiff USA of no objection to presentence investigation report (crf) (Entered: 02/06/2004) |
| 03/08/2004 | 50 | MINUTES before Judge Frank C. Damrell Jr; dft present and released on bail; sentencing Wayne Michael Dellacourt (3) count(s) 1s to Imprisonment of 48 mos; 12 mos TSR; $100 S/A due immediately; fine waived; special conditions (see J and C); recommendation for 500 hr drug program, boot camp and CA facility , appeal rights given; counts as to Wayne Michael Dellacourt (3) count(s) 1 and 2 DISMISSED on motion by govt; dft to surrender on 4/8/04 before 2:00; terminating party Wayne Michael Dellacourt ; appearances by Kym Smith for AUSA and Kevin R. Hyatt for dft; C/R M. Babbitt (old) (Entered: 03/09/2004) |
| 03/10/2004 | | LODGED proposed order by plaintiff USA unsealing plea agreement and sentencing documents as to Tish Marie Billings (daw) (Entered: 03/11/2004) |
| 03/12/2004 | 51 | ORDER by Judge Frank C. Damrell Jr proposed order unsealing plea agreement and sentencing documents GRANTED (cc: all counsel) (daw) (Entered: 03/12/2004) |
| 03/15/2004 | 52 | JUDGMENT and Commitment issued as to Wayne Michael Dellacourt by Judge Frank C. Damrell Jr (daw) (Entered: 03/17/2004) |
| 04/20/2004 | 53 | JUDGMENT and Commitment returned executed on 4/8/04 as to Wayne Michael Dellacourt (crf) (Entered: 04/21/2004) |
| 05/06/2004 | 54 | LETTER to court from warden R. D. Andrews regarding recommendation in judgment and commitment order [53-1] (daw) (Entered: 05/07/2004) |
| 06/29/2007 | 74 | PROBATION JURISDICTION (PROBATION 22 Out) TRANSFERRED to Northern District of California as to Wayne Michael Dellacourt. Signed by Judge Frank C. Damrell Jr.on 5/18/07. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. DEFENDANT TERMINATED. CASE CLOSED. (Donati, J) (Entered: 07/10/2007) |

United States District Court
Northern District of California
450 Golden Gate Ave. 16th Floor
San Francisco, Ca 94102